UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CR 95-87 MRP
JAN 23  10 05 AM '95
CLERK, U.S. DISTRICT COURT
C.D. OF CALIF.

| PLAINTIFF(S), UNITED STATES OF AMERICA | CRIMINAL CASE NUMBER 95-83-M |
|---|---|
| DEFENDANT(S). Michael Callahan | NOTICE OF DELIVERANCE AND RECEIPT OF PASSPORT AND ABSTRACT OF COURT ORDER |

TO: DEPARTMENT OF STATE
OFFICE OF CITIZENSHIP APPEALS
& LEGAL ASSISTANCE
1425 "K" STREET, N.W. ROOM 300
WASHINGTON, D.C. 20522-1705

Pursuant to Order of Court signed by __McMahon__ in the above-entitled case, Passport Number _____ issued at __Hull__, on __4-21-94__, to the above-named defendant, was surrendered to the custody of the Clerk of Court on __1-23-95__ and the defendant is _not_ to apply for the issuance of a passport during the pendency of this action.

The subject passport bears the following additional information regarding the bearer:

Date of Birth: __3-7-64__         Place of Birth: __Toronto, CAN__

Date: __1-23-95__                 By: _____
                                  CLERK, U.S. DISTRICT COURT
                                  Deputy Clerk

Distribution of Notice:   Original to Department of State; one copy to file; one copy to defendant and two copies to be kept with passport.

## RECEIPT

This will acknowledge receipt of Passport Number _____ previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____                          _____
                                              OWNER OF PASSPORT

Document used for identification purposes:

_____

Distribution of Receipt:   Original to case file; copy to Passport Agency; copy to defendant, if requested.

G-23 (02/94) NOTICE OF DELIVERANCE & RECEIPT OF PASSPORT AND ABSTRACT OF COURT ORDER