

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:    ☐ Chief Deputy    ☐ Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:95-cr-00087-ER-1

Defendant's Name: Michael Callahan

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 11/27/1995 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** 11/2/1995 **, it was verified the defendant:**

☐    the Bureau of Prisons was unable to provide information as the above-named defendant.

☐    has commenced their electronic monitoring.

☐    has completed their electronic monitoring.

☐    has reported to the U.S. Probation Office.

☐    has surrendered to the Bureau of Prisons.

☑    Other: Self surrender to Lewisburt USP ICC

**Verified via   ☐ telephone or   ☐ e-mail with the following:**

☐    U.S. Probation Officer: _____ ,
                              *(Name of Officer)*

☐    Bureau of Prisons: _____ ,
                        *(Name of Officer)*

☑    U.S. Marshal: Kelly Gutierrez, USMS ,
                   *(Name of Officer)*

2/7/14                              By  L Chai
Date                                    Deputy Clerk

CR-86 (11/08)                **VERIFICATION OF SURRENDER**